PS 8B
(05/08)

May 29, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 2 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Chavez, Bernardo                **Dkt No.:** 08MJ8396PCL-001

**Name of Judicial Officer:** The Honorable Peter C. Lewis, U.S. Magistrate Judge

**Date Conditions Were Ordered:** May 9, 2008, before the Honorable Ruben B. Brooks, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to the state of California; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; and not possess any firearm or other dangerous weapon or explosive device.

**Date Released on Bond:** May 20, 2008

**Charged Offense:** 21 USC 952 & 960: Importation of 25.12 Kilograms of Marijuana

**Next Court Hearing:** June 5, 2008, at 1:30 p.m. for Preliminary Hearing before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**AUSA:** John F. Weis                                **Defense Counsel:** Jami L. Ferrara (Appointed)
(760) 370-0893                                        (619) 239-4344

**Prior Violation History:** None

---

### PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO TREATMENT, AND/OR TESTING, AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER FOR DRUGS OR ALCOHOL.

PS 8B
(05/08)

Name of Defendant: Chavez, Bernardo                               May 29, 2008
Docket No.: 08MJ8396PCL-001

---

## CAUSE

During an interview with Pretrial Services the defendant admitted to prior marijuana and methamphetamine use. Mr. Chavez reported he first used marijuana when he was sixteen years old and last used marijuana approximately two months prior to his arrest. As for methamphetamine use, Mr. Chavez indicated he first used methamphetamine when he was nineteen years old and last used it approximately four days prior to his arrest.

Pretrial Services has concerns as the defendant has a history of illicit drug use and he is currently not being drug tested or receiving treatment. In order for our office to properly monitor his compliance and assist him with his drug addiction, we are respectfully requesting the Court modify the existing conditions of release and order the defendant to submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drugs or alcohol.

Pretrial Services contacted the sureties, Mario Chavez and Estella Navarro, and they note no opposition to the modification. The defendant further does not oppose this modification and Attorney Jami L. Ferrara states she has no position on this matter.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 05-29-08

Respectfully submitted:                          Reviewed and approved:

by _____                    _____
Arturo Montaño                                   Carlos Gutierrez
United States Pretrial Services Officer          Supervising U.S. Pretrial Services Officer
(760) 335-3436
Place: El Centro, California

PS 8B
(05/08)

Name of Defendant: Chavez, Bernardo         May 29, 2008
Docket No.: 08MJ8396PCL-001

---

**THE COURT ORDERS:**

___✓___   AGREE, MODIFY THE CONDITIONS OF SUPERVISION AND ORDER THE DEFENDANT TO SUBMIT TO TREATMENT, AND/OR TESTING, AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER FOR DRUGS OR ALCOHOL.

_____   Other _____

_____

_____

_____           5-29-08
Peter C. Lewis                                Date
U.S. Magistrate Judge