FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1840-WQH |
|---|---|
| Plaintiff, | ) |
| | ) **I N F O R M A T I O N** |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| BERNARDO CHAVEZ (1), | ) 960 - Importation of marijuana; |
| YVETTE LAGORIO (2), | ) Title 18, U.S.C., Sec. 2 - Aiding |
| ADRIANA GUILLEN (3), | ) and Abetting (Felony) |
| | ) |
| Defendants. | ) |

The United States Attorney charges:

On or about May 7, 2008, within the Southern District of California, defendants BERNARDO CHAVEZ, YVETTE LAGORIO and ADRIANA GUILLEN, did knowingly and intentionally import approximately 25.12 kilograms (55.26 pounds), of marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: June 5, 2008.

KAREN P. HEWITT
United States Attorney

_/s/ John S Wee_

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:San Diego
6/5/08