AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| BERNARDO CHAVEZ | CASE NUMBER: 08CR1840-WQH |

I, BERNARDO CHAVEZ, the above named defendant, who is accused of committing the following offense:

Importation of marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  6/5/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer