| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | GEORGE V. MANAHAN<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 239130<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: 619 557-7174 (Office); 557-5551 (Fax)<br>Email: george.manahan@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-cr-1840-WQH |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| BERNARDO CHAVEZ,<br>YVETTE LAGORIO, and<br>ADRIANA GUILLEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

    I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

        U S Attorney CR.

    Please feel free to call me if you have any questions about this notice.

    DATED:  June 26, 2008.

                                    KAREN P. HEWITT<br>
                                    United States Attorney

                                    *s/ George V. Manahan*<br>
                                    George V. Manahan<br>
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-cr-1840-WQH |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| BERNARDO CHAVEZ, ) YVETTE LAGORIO, and ) ADRIANA GUILLEN, ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Jami L Ferrara
   Law Offices of Jami L Ferrara
   964 Fifth Avenue
   Suite 335
   San Diego, CA 92101
   Email: jamiferrara@msn.com

2. Stephen Demik
   Federal Defenders of San Diego
   225 Broadway
   Suite 900
   San Diego, CA 92101-5008
   Email: stephen_demik@fd.org

3. Keith Howard Rutman
   Law Offices of Keith H Rutman
   402 West Broadway
   Suite 2010
   San Diego, CA 92101-8516
   Email: krutman@krutmanlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2008.

s/ *George V. Manahan*
GEORGE V. MANAHAN

2